**In the Interest of K.A.F.J., a minor.**

No. ED 81889.

Missouri Court of Appeals,
Eastern District,
Division Two.

April 29, 2003.

Rochelle Thomas–Benke, St. Charles, Inez Johnson Ross, St. Louis, for appellant.

John Richard Bird, St. Louis, for respondent.

Catherine Ward Keefe, Clayton, for guardian ad litem.

Before PAUL J. SIMON, P.J. and GARY M. GAERTNER, SR., and KATHIANNE KNAUP CRANE, JJ.

### *ORDER*

PER CURIAM.

L.A.J. (mother) appeals the judgment of the trial court terminating her parental rights to her minor son, K.A.F.J., however, we note that C.L.F. (father) does not.

We have reviewed the briefs of the parties and the record on appeal and find no error of law. An extended opinion reciting the detailed facts and restating the principles of law applicable to this case would serve no jurisprudential value. We have, however, provided a memorandum for the use of the parties only setting forth the reasons for our decision. We affirm the

judgment of the trial court pursuant to Rule 84.16(b).